AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

FERNANDO PADRON RODRIGUEZ,

    Petitioner,          JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:02-CV-00236-ECR-VPC**

E.K. Mcdaniel, et al.,

    Respondents.

    ☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    ☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the amended petition for a writ of habeas corpus (#54) is **DENIED**.

    FURTHER ORDERED that petitioner is **DENIED A CERTIFICATE OF APPEALABILTIY**.

   September 3, 2009                        **LANCE S. WILSON**
                                                          Clerk

                                                       /s/ D. R. Morgan
                                                       Deputy Clerk